IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN R. PARINI,<br><br>Defendant. | 22-po-5012-M-KLD<br><br><br><br>ORDER TO DISMISS |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the citations in the above-referenced case, FBDW00HB and FBDW00HC, are dismissed.

Dated this 7th day of March, 2022.

Kathleen L. DeSoto
United States Magistrate Judge

1